Isagani Pilotin MADRIAGA, Petitioner—Appellee,

v.

Anthony KANE, Warden, Respondent— Appellant.

No. 06–56133.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 17, 2007.

Filed Jan. 10, 2008.

Davina T. Chen, Esq., FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Petitioner–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Karl T. Terp, Alana Cohen Butler, Esq., AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellant.

Before: KOZINSKI, Chief Judge, McKEOWN, Circuit Judge and JONES,* District Judge.

### MEMORANDUM **

For the reasons given by the district court, the evidence wasn't sufficient to support petitioner's conviction. In holding otherwise, the California Court of Appeal unreasonably applied *Jackson v. Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979). *See Juan H. v. Allen,* 408 F.3d 1262, 1274–75 (9th Cir.2005).

**AFFIRMED.**

---

* The Honorable Robert E. Jones, Senior United States District Judge for the District of Oregon, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**HIGHWIRE PROMOTIONS, LLC, a Washington Limited Liability Company, Plaintiff–counter–defendant–Appellant,**

v.

**LEGEND MARKETING LLC, a Colorado Limited Liability Company; Legend, Inc., a Delaware corporation, Defendants–counter–claimants–Appellees.**

No. 06–55698.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 7, 2007.*

Filed Jan. 10, 2008.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

tled to recover consequential damages based on Colorado LLC's alleged breach of contract, where Washington LLC did not inform Colorado LLC at time of contracting that third-party would terminate its relationship with Washington LLC or that its relationship was in jeopardy in the event of a breach.

———

Christopher R. Baker, Esq., Ezra, Brutzkus & Gubner, Encino, CA, for Plaintiff–counter–defendant–Appellant.

Phillip A. Baker, Esq., Baker Keener & Nahra, Lisa A. Weixelman, Esq., Matthew R. Hale, Esq., Polsinelli Shalton Welte & Suelthaus, Kansas City, MO, for Defendants–counter–claimants–Appellees.

Before: SILVERMAN, WARDLAW, and IKUTA, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.